IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ALONZO M. HEARD,

      Petitioner,

v.                                    Case No.  5D18-1845
                                            CORRECTED

STATE OF FLORIDA,

      Respondent.
_____/

Opinion filed August 24, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Alonzo Heard, Defuniak Springs, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the December 11, 2017 order denying Petitioner's pro se motion for correction of illegal sentence, filed in Case No. 48-2012-CF-016067-A-O in the Circuit Court in and for Orange County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

SAWAYA, EDWARDS and EISNAUGLE, JJ., concur.